IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-00298-01-CR-W-GAF |
| | ) | |
| JOHN P. STREET, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Now pending before the Court is defendant John P. Street's Motion for Order Declaring Federal Death Penalty Act Unconstitutional Due to Risk of Execution of Innocent (Doc. #54).

On December 27, 2005, United States Magistrate Judge Sarah W. Hays issued her Report and Recommendation. On January 1, 2006, defendant filed his objections to the Report and Recommendation.

Upon careful and independent review of the pending motion, defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Sarah W. Hays.

Accordingly, it is hereby ORDERED defendant John P. Street's Motion for Order Declaring Federal Death Penalty Act Unconstitutional Due to Risk of Execution of Innocent (Doc. #54) is OVERRULED and DENIED.

SO ORDERED.

                                                                /s/ Gary A. Fenner
                                                                GARY A. FENNER, JUDGE
                                                                 United States District Court

DATED:    January 3, 2006

2

Case 4:04-cr-00298-GAF   Document 120   Filed 01/03/06   Page 2 of 2