**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 04-00298-01-CR-W-GAF** |
| | ) | |
| **JOHN P. STREET,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

Now pending before the Court is defendant's motion to Dismiss Due to Prejudicial Failure By Government to Speedily Bring Charges. On January 5, 2006, United States Magistrate Judge Sarah W. Hays conducted an evidentiary hearing on defendant's motion. On February 9, 2006, Judge Hays issued her Report and Recommendation. Defendant filed his objection to the Report and Recommendation on February 21, 2006.

Upon careful and independent review of the pending motion, defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Sarah W. Hays.

Accordingly, it is hereby ORDERED that Defendant's Motion to Dismiss Due to Prejudicial Failure By Government to Speedily Bring Charges is overruled and denied.

SO ORDERED.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE

United States District Court

DATED:    February 24, 2006